J. RANDALL ANDRADA (SBN 70000)
randrada@andradalaw.com
MATTHEW ROMAN (SBN 267717)
mroman@andradalaw.com
**ANDRADA & ASSOCIATES**
**PROFESSIONAL CORPORATION**
180 Grand Avenue, Suite 225
Oakland, California  94612
Tel.:   (510) 287-4160
Fax:   (510) 287-4161

Attorneys for Defendants
COUNTY OF ALAMEDA,
SHERIFF GREGORY J. AHERN,
and DEPUTY ERIC LARSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BATCHELDER,<br><br>　　　Plaintiff,<br><br>v.<br><br>ERIC LARSON, GREGORY AHERN, in his individual capacity, COUNTY OF ALAMEDA, a municipal corporation, and DOES 1-20, individually, jointly, and severally,<br><br>　　　Defendant. | Case No.:  3:16-cv-00080-JSC<br><br>**STIPULATION AND [PROPOSED] ORDER VACATING REFERRAL TO MEDIATION** |

1

{00107525.DOC/}RMS 1109                                        Batchelder v. Larson, et al.
Stipulation and [Proposed] Order Vacating Referral to Mediation            3:16-cv-00080-JSC

IT IS HEREBY STIPULATED by and between the Parties hereto, and through their respective counsel, that the previous stipulation requesting referral to mediation be vacated.  The Parties have agreed to participate in an early settlement conference which is set to proceed before Magistrate Judge Maria-Elena James on August 3, 2016.

NOW THEREFORE, the Parties stipulate as follows and request that the court make the following orders:

1. The stipulation and order requesting referral to mediation (Docket Nos. 14 and 15) are vacated.
2. The parties will proceed to participate in an early settlement conference before Magistrate Judge Maria-Elena James on August 3, 2016.

Dated:   May 4, 2016               **ANDRADA & ASSOCIATES**

By  */s/ Matthew Roman*
MATTHEW ROMAN
Attorneys for Defendants
COUNTY OF ALAMEDA,
SHERIFF GREGORY J. AHERN,
and DEPUTY ERIC LARSON

Dated:   May 4, 2016               **OFFICES OF DONALD C. SCHWARTZ**

By  */s/ Donald C. Schwartz\**
DONALD C. SCHWARTZ
Attorneys for Plaintiff
JOSEPH BATCHELDER

* Mr. Schwartz provided his consent that this document be electronically filed.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

JACQUELINE SCOTT CORLEY
United States Magistrate Judge

2

{00107525.DOC/}RMS 1109                                        Batchelder v. Larson, et al.
Stipulation and [Proposed] Order Vacating Referral to Mediation         3:16-cv-00080-JSC

ANDRADA & ASSOCIATES
PROFESSIONAL CORPORATION